IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARION PENIGAR, | ) | 8:09CV449 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOROTHY TUBACK, DONOVAN PIERSON, HUGH PIERSON, and PEGGY PIERSON, | ) ) ) ) | |
| Defendants. | ) | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

January 21, 2010               BY THE COURT:


                               s/ Joseph F. Bataillon
                               Chief United States District Judge